PREET BHARARA
United States Attorney for the
Southern District of New York
By: JEFFREY K. POWELL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2706
Facsimile: (212) 637-2686
E-mail: jeffrey.powell@usdoj.gov



17MISC 44

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

LETTER OF REQUEST FOR
INTERNATIONAL JUDICIAL
ASSISTANCE FROM THE NATIONAL
COURT OF FIRST INSTANCE JUDGE IN
COMMERCIAL MATTERS NO. 16 IN
BUENOS AIRES, ARGENTINA IN THE
MATTER OF CREDENCIAL
ARGENTINA v. LB UK RE HOLDING
LIMITED
-------------------------------------------------x

APPLICATION FOR AN
*EX PARTE* ORDER PURSUANT
TO 28 U.S.C. § 1782(a)

M 10-7



RECEIVED
FEB 8 - 2017
U.S.D.C. S.D. N.Y.
CASHIERS

Upon the accompanying declaration of Jeffrey K. Powell, executed February 8, 2017, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Jeffrey K. Powell, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter of request for International Judicial Assistance from the National Court of First Instance Judge Commercial Matters No. 16 in Buenos Aires, Argentina, seeking information from KOBRE & KIM LLP, in New York, New York, in connection with a proceeding pending in that court captioned "Credencial Argentina v. LB UK RE Holding Limited."

Dated:   New York, New York
         February 8, 2017

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York

By:   */s/ Jeffrey Powell*
       JEFFREY K. POWELL
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel:   (212) 637-2706
       Fax:   (212) 637-2686
       Email: jeffrey.powell@usdoj.gov